**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO:  8:07-cr-454-T-30TGW

VINCENT HENRY
_____/

# ORDER

THIS CAUSE comes before the Court upon Government's Motion for Dismissal of Superseding Indictment (Dkt. #331).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Government's Motion for Dismissal of Superseding Indictment (Dkt. #331) is GRANTED.

2. Counts One and Two of the Superseding Indictment are dismissed as to Defendant Vincent Henry only.

3. Defendant Vincent Henry shall be released from the custody of the United States Marshal as to the charges pending against him in the above styled action.

**DONE** and **ORDERED** in Tampa, Florida on June 18, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Even\2007\07-cr-454.dismiss.Vincent Henry.wpd*